# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| KEVIN J. MAMON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 1:14-cv-00428-TWP-DML |
| | ) | |
| ANDY CRAIG, VICKI MOORE, | ) | |
| MICHAEL SHEPHERD, HANCOCK | ) | |
| COUNTY SHERIFF'S DEPARTMENT, | ) | |
| | ) | |
| Defendants. | ) | |

**Entry Denying Plaintiff's Motion to Add a New Party
and Granting Plaintiff's Motion for Time**

The court, having considered the above action and the matters which are pending, makes the following rulings:

1.      The plaintiff's motion to add Jordan Conley as a defendant [dkt. 37] is **denied.** The reason for this ruling is that the time to file an amended pleading, see dkt. 16, passed on July 29, 2014, nearly nine months prior to the filing of this motion. The plaintiff argues that he was unable to previously identify Conley and that he only learned that Conley allegedly enabled the July 23, 2012, assault on the plaintiff by other inmates after reviewing the defendants' motion for summary judgment. This argument is without merit because this Court's records reflect that the plaintiff named Jordan Conley as a defendant in two prior civil actions: *Mamon v. Shepherd, et al.*, No. 1:13-cv-00345-JMS-DML (alleging that all defendants violated his right to personal security related to a July 23, 2012, attack) and *Mamon v. Garrity*, et al., No. 1:13-cv-001740 WTL-TAB.

In addition, the defendants report that they provided the plaintiff with documents which reflect Jordan Conley's post-incident knowledge of the July 23, 2012, fight prior to the deadline to amend. Under these circumstances there is no reason to extend the deadline to add new parties to this civil action.

2.      The plaintiff's motion for an extension of time to file his cross motion for summary judgment [dkt. 39] is **granted** to the extent that the cross motion filed on May 26, 2015, is considered timely filed.

**IT IS SO ORDERED.**

Date:  6/2/2015

_____

TANYA WALTON PRATT, JUDGE
United States District Court
Southern District of Indiana

Distribution:

KEVIN J. MAMON
DOC 190764
INDIANA STATE PRISON
Inmate Mail/Parcels
One Park Row
MICHIGAN CITY, IN 46360

All Electronically Registered Counsel